UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM RAYEH WATLEY, et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**TIMOTHY M. KENNY, et al.,**<br><br>Defendants. | **2:22-CV-11392-TGB**<br><br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

Plaintiff William Rayeh Watley filed a pro se lawsuit along with an application to proceed in forma pauperis. ECF Nos. 1, 2. The Court granted his application to proceed but dismissed the lawsuit, finding it to be frivolous under 28 U.S.C. § 1915(e)(2)(B). Under Local Rule 7.1, motions for reconsideration of a final order must be made under Fed. R. Civ. P. 59(e) or 60(b). E.D. Mich. LR 7.1(h)(1). Though he does not mention either of these rules by name, construing the motion liberally, Mr. Watley seems to be citing as his grounds for reconsideration "excusable neglect" in not previously providing sufficient supporting documentation for his claim. ECF No. 5, PageID.27-28.

The Court does not find that Mr. Watley's filing rises to this standard. It is unclear to the Court how any of the documents provided

1

support a claim. Specifically, and as before, he does not put forward information demonstrating why the loss of property that he suffered was in any way in violation of federal law or what other basis of jurisdiction there might be for this Court to consider his complaint. The Motion is **DENIED WITH PREJUDICE**.

 **SO ORDERED,** this 12th day of August, 2022.

       BY THE COURT:


       /s/Terrence G. Berg
       TERRENCE G. BERG
       United States District Judge